## UNITED STATES DISTRICT COURT
### District of Maryland

**UNITED STATES OF AMERICA**

**CRIMINAL COMPLAINT**

**CARLOS HERNANDEZ**
5026 Adrian Street
Rockville, MD 20833
DOB 10/18/1968
SSN 217-36-89**

**CASE NUMBER 8:09-M-1310-TMD**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 20, 2009, in Montgomery County, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, defendant did, knowingly, willfully and intentionally:

> drive a vehicle on a highway and on private property used by the public in general while his privilege to drive was revoked, in violation of 18 U.S.C. § 13 and §16-303 (d) of the Maryland Transportation Article.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

> On February 20, 2009 at about 10:10 a.m., MASN Hartley was checking access identification at the South Gate at the National Naval Medical Center. When asked for his license, the defendant, driving a red, Ford Windstar, presented a state identification card and stated he did not have a license.

> A National Crime Information Center (NCIC) check revealed the defendant's Maryland driver's license was revoked.

> The hospital is located in Bethesda, Maryland, on lands within the special maritime and territorial jurisdction of the United States.

NNMC Police, 301-295-1246

Sworn to before me and subscribed in my presence,

_April 22, 2009_ at Greenbelt, Maryland
Date

United States Magistrate Judge
United States District Court

_[signature]_
Signature of Judicial Officer